**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6071**

---

PATRICK BOVEA TAYLOR, SR.,

Plaintiff - Appellant,

versus

MS. DEAN, Correction Officer; BENRY SMITH;
RONALD GREEN; JESSE COAL; DONTAY TAYLOR;
RONALD CLARK,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, District Judge.
(CA-00-1476-AM)

---

Submitted: May 31, 2001                    Decided: June 8, 2001

---

Before WILKINS, TRAXLER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Patrick Bovea Taylor, Sr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Patrick Bovea Taylor, Sr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Taylor v. Dean, No. CA-00-1476-AM (E.D. Va. filed Dec. 6, 2000; entered Dec. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED